**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-16433 |
| Plaintiff - Appellee, | D.C. Nos.   2:09-cv-00739-GEB-GGH |
| v. | 2:02-cr-00418-GEB-GGH-3 |
| ANTELMO ONTIVERAS, | |
| Defendant - Appellant. | MEMORANDUM[*] |

Appeal from the United States District Court
for the Eastern District of California
Garland E. Burrell, District Judge, Presiding

Submitted November 5, 2012[**]
San Francisco, California

Before: FARRIS, NOONAN, and BYBEE, Circuit Judges.

Antelmo Ontiveras appeals the denial of his 28 U.S.C. § 2255 motion to

vacate his conviction and sentence for conspiracy to possess and possession of,

with intent to distribute, methamphetamine in violation of 21 U.S.C. §§ 846 and

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

841(a)(1). He alleges that his trial counsel rendered ineffective assistance by (1) failing to make a motion for acquittal based on insufficiency of the evidence pursuant to FED. R. CRIM. P. 29 and (2) not advising Ontiveras of his option to plead guilty without a plea.

There is no basis for a conclusion that trial counsel rendered ineffective assistance. We have reviewed the record, and it leaves no doubt that Ontiveras committed sufficient acts to be charged as a part of the conspiracy to possess and possession of, with intent to distribute methamphetamine under 21 U.S.C. §§ 846 and 841(a)(1). *See United States v. Herrera-Gonzalez*, 263 F.3d 1095 (9th Cir. 2001). Counsel's failure to make a Rule 29 motion therefore was neither deficient nor prejudicial. *Strickland v. Washington*, 466 U.S. 668, 687 (1984).

On this record, it is clear that Ontiveras would not have entered a guilty plea. Therefore counsel did not prejudice Ontiveras' trial by failing to discuss various pleading possibilities. *Id.*

The magistrate judge issued findings and recommendations to deny the § 2255 motion in its entirety. The District Court adopted that position in full on March 26, 2010.

We find nothing in the record to justify reversal.

**AFFIRMED**.

2